UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ROBERT KELLER,                        )
        Plaintiff,                  )
                                      )
v.                                    )   **JUDGMENT**
                                      )
                                      )   No. 5:17-CV-619-FL
                                      )
NANCY A. BERRYHILL,                   )
Acting Commissioner of Social Security, )
        Defendant.                  )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of Defendant's Motion for Remand to the Commissioner.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on July 26, 2018, that Defendant's Motion for Remand to the Commissioner is granted, and the Court reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to Defendant for further proceedings.

**This Judgment Filed and Entered on July 26, 2018, and Copies To:**

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Elisa Donohoe (via CM/ECF Notice of Electronic Filing)


July 26, 2018                      PETER A. MOORE, JR., CLERK
                                      /s/ Sandra K. Collins
                                   (By) Sandra K. Collins, Deputy Clerk