IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-00619-FL

| | |
|---|---|
| ROBERT KELLER, | |
| Plaintiff, | |
| v. | ORDER FOR PAYMENT OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT |
| NANCY A. BERRYHILL, Commissioner of Social Security, | |
| Defendant. | |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $3,750.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Charlotte W. Hall, and mailed to her office at P.O. Box 10629, Raleigh, NC 27605, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this 10th day of August, 2018

LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE