UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ROBERT KELLER )
        Plaintiff, )
 )
v. ) **JUDGMENT**
 )
 ) No. 5:17-CV-619-FL
 )
NANCY A. BERRYHILL, )
Commissioner of Social Security, )
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion for attorney's fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 10, 2018, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $3,750.00.

**This Judgment Filed and Entered on August 10, 2018, and Copies To:**

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Elisa Donahoe / Cassia W. Parson (via CM/ECF Notice of Electronic Filing)

August 10, 2018                 PETER A. MOORE, JR., CLERK
                                        /s/ Sandra K. Collins
                                       (By) Sandra K. Collins, Deputy Clerk